# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| ANDREW CHARDOULIAS, | |
| Plaintiff, | Court File No. |
| vs. | |
| GENERAL MILLS OPERATIONS, LLC, RUE PATEL, MICHAEL GREEN AND ADAM ANDERSON, | **DEFENDANTS' NOTICE OF REMOVAL** |
| Defendants. | |

To: THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA, CEDAR RAPIDS DIVISION

Defendants General Mills Operations, LLC, Rue Patel, and Michael Green (collectively "Defendants"), by and through their undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby file this Notice of Removal of the above-captioned action from the Iowa District Court in and for Linn County to the United States District Court for the Northern District of Iowa, Cedar Rapids Division. In support of this Notice of Removal, Defendant avers as follows:

1. Upon information and belief, Plaintiff Andrew Chardoulias ("Chardoulias") filed his Petition in the Iowa District Court in and for Linn County on or about March 31, 2020. On or about April 14, 2020, Defendants were served with the Summons and Complaint. A true and correct copy of the Original Notice, Petition and Service of Process Summary Transmittal Form are attached hereto as **Exhibit A**.

2. Upon information and belief, the remaining Defendant in the state court action, Adam Anderson, has not been served. Thus, his consent is not necessary for removal. 28 U.S.C. § 1446(b)(2)(A) ("When a civil action is removed solely under section 1441(a), all defendants **who**

**have been properly joined and served** must join in or consent to the removal of the action." (emphasis added)).[1]

3. The instant Notice of Removal has been timely filed because, as required by 28 U.S.C. § 1446(b), it was made within 30 days after the receipt by General Mills of a copy of the initial pleading which sets forth the removable claim.

4. In his Petition, Plaintiff claims in Count III that Defendants violated the Uniformed Services Employment and Reemployment Rights Act, 38 U.S.C. §§ 4301, *et. seq.* *See* Exhibit A, ¶¶ 69-72.

5. *Federal Question Jurisdiction Basis for Removal*: Because it presents a federal question for adjudication, General Mills may remove the above-entitled action to this Court pursuant to the provisions of 28 U.S.C. §§ 1331, 1441, and 1446.

6. *Supplemental Jurisdiction*: Pursuant to 28 U.S.C. § 1376(a), this Court has supplemental jurisdiction over the remaining claims in the Petition (Counts I and II) because they are so related to claims in the action within the Court's original jurisdiction that they form the same case or controversy under Article III of the United States Constitution and because neither of the exceptions set forth in 28 U.S.S. §§ 1367(b) and (c) apply to these claims.

7. "[I]n any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

8. Claims are part of the same case or controversy "if they derive from a common nucleus of operative fact," which means "the claims are such that [plaintiff] would ordinarily be

---

[1] Adam Anderson specifically reserves his right to assert the defense of insufficient service of process. *See* 28 U.S.C. § 1448.

expected to try them all in one judicial proceeding." *ABF Freight Sys., Inc. v. Int'l Broth. Of Teamsters*, 645 F.3d 954, 963 (8th Cir. 2011).

9. Here, Plaintiff's claims all derive from a common nucleus of operative fact, *i.e.*, the termination of Plaintiff's employment. Accordingly, the Court should exercise supplemental jurisdiction over Plaintiff's state law claims.

10. By reason of the foregoing and pursuant to 28 U.S.C. §§ 1441(b) and (c), Defendants desire and is entitled to have this case removed from the Iowa District Court In and For Linn County to the United States District Court for the Northern District of Iowa, Cedar Rapids Division.

11. This Court is the District Court of the United States for the district and division embracing the place where this action is currently pending, as required by 28 U.S.C. § 1441(a) and 28 U.S.C. § 95(a)(1).

12. True and correct copies of this Notice of Removal are being promptly filed with the Iowa District Court in and for Linn County and served this date upon counsel of record.

13. If the Court should be inclined to remand this action, Defendants request that the Court issue an order to show cause why the case should not be remanded, providing Defendants, as well as Plaintiff, an opportunity to present briefing an argument prior to any possible remand. Because a remand order is not subject to appellate review, such a procedure is appropriate.

**WHEREFORE**, Defendants request that this case be removed to the United States District Court for the Northern District of Iowa, Cedar Rapids Division, that this Court accept jurisdiction of this action and that this action be henceforth placed on the docket of the Court for all further proceedings as though the same action had been originally instituted and commenced in this Court.

Dated: May 4, 2020.

*s/ Susan K. Fitzke*
Susan K. Fitzke (AT0012102)
sfitzke@littler.com
**LITTLER MENDELSON, P.C.**
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402.2136
Telephone: 612.630.1000

**ATTORNEYS FOR DEFENDANTS GENERAL MILLS OPERATIONS, LLC, RUE PATEL AND MICHAEL GREEN**

**Proof of Service**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on May 4, 2020 by:

☐ Hand Delivered    ☐ United States mail
☐ Federal Express    ☒ Other (Email)

Signature: *s/Susan K. Fitzke*